# EXHIBIT 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ETHAN MERBAUM, individually and on behalf of similarly situated persons, <br><br> Plaintiff, <br><br> v. <br><br> CADY STUDIOS, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Case No. 1:16-cv-04623-TWT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DECLARATION OF ELI KARSH

I, Eli Karsh, declare under penalty of perjury as follows:

1. I have been one of the attorneys representing the plaintiffs in the above-captioned suit since its inception. I also participated in the pre-suit investigation and mediation of the claims asserted herein.

2. I have been in private practice since graduating from Washington University School of Law in 1994. I regularly represent clients in complex litigation including employment claims, civil rights claims and commercial litigation. I have represented both plaintiffs and defendants. In the past fifteen years, among other cases, I successfully represented a class of over 100 plaintiffs against a major insurance company; obtained a sizable verdict in a race discrimination case against Illinois Power (Illinois' gas company) which was taken away by the district court

1

and then reinstated by the U.S. Court of Appeals for the Seventh Circuit (*Tart v. Illinois Power Co.*, 366 F.3d 461 (7th Cir. 2004); and successfully concluded numerous employment and other civil rights matters.  In 2007, I successfully tried, with co-counsel, *Coats, et al. v. Premier Mortgage, et al.*, Case No. 06CC-002611, a sexual harassment case in the Circuit Court for St. Louis County (jury verdicts totaling $245,000.00) and *Williams v. Omaha Paper Stock, Inc.*, Case No. 062-0888, a wrongful discharge in violation of public policy case in the Circuit Court for St. Louis City (jury verdict totaling $1,006,450.00).  In 2008, I obtained a verdict of over $1.1 million dollars in *Flotron v. Ad One Media, Inc., et al.*, Case No. 07CC-000373, a sexual harassment case in the Circuit Court for St. Louis County.  I also was involved as co-counsel in *Boyer v. Mosaic Sales Solutions,* EEOC Charge No. 560-2011-00173 (recovered lost wages for a class of over 70 employees).  In 2013, I recovered unpaid wages and liquidated damages for a class of servers who alleged they were not paid overtime and not paid for non-tipped duties.  *Denney v. Lester's, LLC*, Case No. 4:12-CV-0377 (E.D.Mo. 2013).  In 2014, I recovered unpaid overtime wages and liquidated damages for a class of approximately 75 floral shop employees who alleged they were misclassified as managers.  *James v. National Floral Supply of Maryland, Inc.*, Case No. 6:14-CV-03162-JTM (W.D.Mo. 2014) (Defendant expressly denied each and every allegation of wrongdoing).  I am admitted to practice in all State Courts of Missouri and Illinois, the U.S. District

Courts for the Eastern District of Missouri and the U.S. Courts of Appeals for the Seventh and Eighth Circuits. I am a member of the National Employment Lawyers Association ("NELA"). I have spoken at CLEs regarding employment law and general discovery. I am listed as a "Super Lawyer" in the employment field in *Missouri and Kansas Super Lawyers*, a publication which claims to conduct independent research, peer nominations and peer evaluations.

   3. While some class members would have likely sought more than this amount at trial, I believe this is a fair recovery in exchange for the certainty of recovery at this time rather than years later, or not at all. The settlement reached in this litigation constitutes a fair and reasonable compromise of a *bona fide* dispute involving several vigorously-disputed legal and factual issues, considering the possible value of the claims balanced against the effort, expense and delay of further litigation and possible appeals.

   4. To date, my firm has spent 54.3 hours litigating this case, with no assurance of a recovery, including investigating the facts, preparing pleadings, reviewing documents produced by the Named Plaintiff, responding to discovery, reviewing Defendant's discovery responses and data production, analyzing payroll and reimbursement data, communicating with the named Plaintiff, creating computerized damages models, researching and drafting a mediation statement,

3

participating in the mediation, negotiating the terms of the settlement, drafting approval papers, and seeking Court approval of the settlement.

5. To date, my lodestar is $24,435.00 (54.3 hours x $450.00 per hour). My co-counsel also devoted substantial time to litigating this case.

6. To date, my firm has incurred a total of $

| Expense: | Paid To: | Amount: |
|---|---|---|
| Travel for mediation | Expedia | $208.40 |
| Hotel for mediation | Regency Suites | $123.06 |
| District Court, N.D. Ga. | PHV Fee | $150.00 |
| Total | | $481.46 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 13th day of October, 2017.

                                             */s/ Eli Karsh*
                                             Eli Karsh, Declarant