UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ETHAN MERBAUM, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>CADY STUDIOS, LLC,<br><br>Defendant. | Case No. 1:16-cv-04623-TWT |

**ORDER GRANTING FINAL APPROVAL OF THE COLLECTIVE
ACTION SETTLEMENT AND DISMISSING THE ACTION WITH PREJUDICE**

This matter came before the Court on the Parties' Joint Motion for Stipulated Judgment Approving FLSA Collective Action Settlement and Memorandum in Support. Having received and considered the Settlement and the supporting papers filed by the Parties, the Court grants final approval of the Settlement and HEREBY ORDERS, ADJUDGES, AND MAKES THE FOLLOWING DETERMINATIONS:

1.     The Court approves the Parties' settlement upon the terms and conditions in the Settlement Agreement and General Release. The Court finds the Settlement is fair, reasonable, and adequate when balanced against the probable outcome of further litigation and the risks related to liability and damages. The Court finds the extensive investigation and research conducted by the parties led them to reasonably evaluate and understand their respective positions. The Court further finds that approving the settlement will avoid substantial and additional costs by the parties, as well as further delay and risks that would likely be encountered by further litigation of the claims and defenses asserted. The Court also finds the

1

settlement has been reached after litigation of a *bona fide* dispute and as a result of arms-length negotiations involving experienced counsel for both sides. As such, the Court finds the settlement is fair, adequate, reasonable, and in the best interest of the parties. The Court further finds the settlement satisfies all fairness and adequacy factors set forth in this Circuit's jurisprudence regarding resolution of claims under 29 U.S.C. § 201, *et seq.* (the Fair Labor Standards Act).

2. The settlement class members consist of all members of the FLSA collective action.

3. The Court approves as fair and reasonable the amounts requested by Plaintiffs to be paid to class counsel for the services they have rendered, and expenses they have incurred, in prosecuting the action in the amount of 33 1/3 % of the gross settlement fund, plus an additional amount for litigation costs and expenses totaling $2,500.00, which will be paid out of the gross settlement fund. The Court finds these amounts are reasonable in light of the number of hours expended, expenses incurred, and the result achieved by class counsel.

4. The Court approves the service award to Named Plaintiff Ethan Merbaum as set forth in the Settlement Agreement and General Release. The amount requested is fair and reasonable for the services performed by the Named Plaintiff, which included his efforts in assisting with the prosecution of the claims on behalf of all Plaintiffs.

5. The Court approves the disposition of the gross settlement fund. The Defendants are directed to disburse the gross settlement fund as set forth in the Parties' Settlement Agreement and General Release.

6. Neither the Settlement, nor any exhibit, document or instrument delivered under the Settlement Agreement and General Release, nor any statement, transaction or proceeding in

connection with the negotiation, execution or implementation of the settlement, shall be discoverable, or admissible in evidence, for any purpose, except as provided in the Settlement Agreement and General Release.

7. Without affecting the finality of this Order, the Court shall retain exclusive jurisdiction with respect to the interpretation, implementation and enforcement of the terms of the settlement, all orders and judgments entered in connection therewith, and other matters ancillary to the settlement, and the parties and their counsel submit to the jurisdiction of the Court for purposes of interpreting, implementing, and enforcing the settlement and all orders and judgments entered in connection therewith.

8. FINAL JUDGMENT is hereby ENTERED, DISMISSING WITH PREJUDICE the above-captioned action and the released claims of all collective action class members. This Final Judgment constitutes a final judgment under Federal Rule of Civil Procedure 54(a).

The Court DIRECTS the ENTRY OF JUDGMENT on all issues in this Final Judgment.

Dated this 23 day of October, 2017

**/s/Thomas W. Thrash**
Hon. Thomas W. Thrash, Jr.
United States District Judge